Certificate Number: 17082-CAC-DE-023227316

Bankruptcy Case Number: 14-14120



17082-CAC-DE-023227316

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 18, 2014</u>, at <u>10:16</u> o'clock <u>AM MST</u>, <u>TRUMAN L FLECK</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>April 18, 2014</u>            By:    <u>/s/Orsolya K Lazar</u>

                                        Name:  <u>Orsolya K Lazar</u>

                                        Title:  <u>Executive Director</u>